**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  ANITA COLE, )<br>)<br>)<br>         **Plaintiff,**  )<br>)<br>vs.   )<br>)<br>1.  ADVANCEPIERRE FOODS,  )<br>    INC., and  )<br>2.  ADVANCE FOOD COMPANY,  )<br>    LLC f/k/a ADVANCE FOOD  )<br>    COMPANY, INC.,  )<br>)<br>         **Defendants.**  ) | Case No. CIV-13-918-HE |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Anita Cole, hereby stipulates with the defendants, Advance Food Company, Inc. and AdvancePierre Foods, Inc. f/k/a Advance Food Company, Inc., that this action shall be dismissed with prejudice.  Each party is to bear its own costs and attorneys' fees.

s/ Nathan L. Whatley                   
Signature of filing attorney

s/Lauren W. Johnston
(Signed by Nathan L. Whatley with permission of Lauren W. Johnston)

Jana B. Leonard, Esq.
Lauren W. Johnston, Esq.
Leonard & Associates, P.L.L.C.
8265 South Walker
Oklahoma City, Oklahoma  73139
Attorneys for the Plaintiff

*/s/ Nathan L. Whatley*
Nathan L. Whatley
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, Oklahoma  73102
Telephone:  (405) 552-2365
Facsimile:  (405) 228-7365
*nathan.whatley@mcafeetaft.com*

Attorneys for Defendants Advance Food Company, Inc. and AdvancePierre Foods, Inc.

OF COUNSEL:

Keith P. Spiller (Ohio 0042102)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio  45202-4089
Telephone:  (513) 352-6700
Facsimile:(513)241-4771
*Keith.Spiller@ThompsonHine.com*